**McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP**
1300 Mount Kemble Avenue
Morristown, New Jersey 07962
Phone: (973) 993-8100

*Counsel for Defendant Ameridose, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAWN M. ZAVACKI and ROGER ZAVACKI, <br><br> Plaintiffs, <br><br> vs. <br><br> NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER; AMERIDOSE, LLC; ALAUNUS PHARMACEUTICAL, LLC; PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOCIATES OF SOUTHERN NEW JERSEY, LLC, also trading as PREMIER ORTHOPAEDIC ASSOCIATES; PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC; KIMBERLEY YVETTE SMITH, M.D., a/k/a KIMBERLEY YVETTE SMITH-MARTIN, M.D.; JOHN DOE(S) CORPORATIONS (1-4); and JOHN DOE(S) M.D. (1-3), <br><br> Defendants. | Civil Action No.: 12-cv-07718(RMB)(JS) <br><br><br> **APPLICATION FOR A CLERK'S ORDER TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE REPLY TO COMPLAINT** |

**PLEASE TAKE NOTICE** that application is hereby made for a Clerk's Order extending time within which defendant Ameridose, LLC, may answer, move or otherwise reply to the Amended Complaint filed on behalf of plaintiffs, and it is hereby represented that:

1. No previous extension has been obtained;

2. Plaintiffs filed a Complaint on November 16, 2012, which was thereafter removed to this Court by Defendant New England Compounding Pharmacy Inc., d/b/a New England Compounding Center;

3. Plaintiffs served process of the Complaint on Defendant, Ameridose, LLC on December 10, 2012;

4. The time to answer, move or otherwise reply to the Complaint has not expired; and

5. Therefore, pursuant to the 14-day extension provided under Local Civil Rule 6.1(b), the time to Answer, Move or otherwise Reply expires on January 14, 2012.

Dated: December 26, 2012

McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Attorneys for Defendant,
Ameridose, LLC

By:     /s/ *Walter R. Krzastek*
      Walter R. Krzastek, Esq.

## ORDER

The above application is **ORDERED GRANTED**.

ORDER DATED _____

WILLIAM T. WALSH, Clerk

By:_____
      Deputy Clerk

2