**Harris Beach PLLC**
One Gateway Center
Suite 2500
Newark, New Jersey 07102
(973) 848-1244

*Counsel for Defendant Alaunus Pharmaceutical, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAWN M. ZAVACKI and ROGER ZAVACKI,<br><br>              Plaintiffs,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER; AMERIDOSE, LLC; ALAUNUS PHARMACEUTICAL, LLC; PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOCIATES OF SOUTHERN NEW JERSEY, LLC, also trading as PREMIER ORTHOPAEDIC ASSOCIATES; PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC; KIMBERLEY YVETTE SMITH, M.D. a/k/a KIMBERLEY YVETTE SMITH-MARTIN, M.D.; JOHN DOE(S) CORPORATIONS (1-4); and JOHN DOE(S) M.D. (1-3),<br><br>              Defendants. | Civil Action No.:  1:12-cv-07718-RMB-JS<br><br><br><br>**CONSENT ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

IT IS HEREBY AGREED AND STIPULATED, by and between Defendant Alaunus Pharmaceutical, LLC ("Alaunus") and Plaintiffs Dawn Zavacki and Roger Zavacki, that Defendant Alaunus is hereby given an extension to February 1, 2013 to respond to Plaintiffs' Complaint.

Dated:  January 3, 2013

**HARRIS BEACH PLLC**

By:   **/s/ Steven A. Stadtmauer**
    Frederick H. Fern
    Steven A. Stadtmauer


One Gateway Center
Suite 2500
Newark, NJ 07102
(973) 848-1244
*sstadtmauer@harrisbeach.com*

*Counsel for Defendant Alaunus*
*Pharmaceutical, LLC*

**SALTZ, MONGELUZZI, BARRETT &**
**BENDESKY, P.C.**

By:   **/s/ Mary T. Gidaro**
    Mary T. Gidaro
    Michael F. Barrett


8000 Sagemore Drive
Suite 8303
Marlton, NJ 08053
(856) 751-8383
*MGidaro@smbb.com*
*MBarrett@smbb.com*

*Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consent Order extending Defendant Alaunus' time to respond to Plaintiffs' Complaint was served via the Court's ECF notification system on this 3rd day of January, 2013 to the counsel of record.


/s/ Steven A. Stadtmauer
Steven A. Stadtmauer