**McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP**
1300 Mount Kemble Avenue
Morristown, New Jersey 07962
Phone: (973) 993-8100

*Counsel for Defendant Ameridose, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAWN M. ZAVACKI and ROGER ZAVACKI, W/H, | ) CASE NO. 1:12-cv-07718-RMB-JS ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER, et al., | ) **DEFENDANT AMERIDOSE, LLC'S** ) **CORPORATE DISCLOSURE** ) **STATEMENT** ) |
| Defendants | ) ) ) |

Defendant Ameridose, LLC, pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure:

Ameridose does not have any parent corporations and no publicly-held corporation owns 10% or more of Ameridose's stock.

Dated this 14th day of January, 2013.

    */s/ Walter F. Timpone*
    Walter F. Timpone
    Walter R. Krzastek
    McElroy, Deutsch, Mulvaney & Carpenter, LLP
    1300 Mount Kemble Avenue
    P.O. Box 2075
    Morristown, NJ 07962-2075
    Phone:    973.425.8701
    Fax:    973.425.0161
    wtimpone@mdmc-law.com
    wkrzastek@mdmc-law.com
    *Attorneys for Defendant Ameridose, LLC*

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been filed with the Clerk of Courts on January 14, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.


/s/ *Walter F. Timpone*
Walter F. Timpone
*Attorney for Defendant Ameridose, LLC*

1604128.1