show_multidocase 1:12-cv-07718-RMB-JS   Document 19 Filed 02/22/13   Page 1 of 2 PageID: 233 d=282930&...

Case 1:12-cv-07718-RMB-JS   Document 16-1   Filed 02/21/13   Page 1 of 2 PageID: 189



**Lawson & Weitzen, LLP**
88 Black Falcon Avenue
Boston, MA 02210
(617) 439-4990

*Counsel for Defendant Alaunus Pharmaceutical, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAWN M. ZAVACKI and ROGER ZAVACKI,<br><br>Plaintiffs,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER; AMERIDOSE, LLC; ALAUNUS PHARMACEUTICAL, LLC; PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOCIATES OF SOUTHERN NEW JERSEY, LLC, also trading as PREMIER ORTHOPAEDIC ASSOCIATES; PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC; KIMBERLEY YVETTE SMITH, M.D. a/k/a KIMBERLEY YVETTE SMITH-MARTIN, M.D.; JOHN DOE(S) CORPORATIONS (1-4); and JOHN DOE(S) M.D. (1-3),<br><br>Defendants. | Civil Action No.:  1:12-cv-07718-RMB-JS<br><br><br>**CONSENT ORDER FOR<br>AN EXTENSION OF TIME TO<br>RESPOND TO PLAINTIFFS' COMPLAINT** |

IT IS HEREBY AGREED AND STIPULATED, by and between Defendant Alaunus

Pharmaceutical, LLC ("Alaunus") and Plaintiffs Dawn Zavacki and Roger Zavacki, that

Defendant Alaunus is hereby given an extension to February 22, 2013 to respond to Plaintiffs'

Complaint.

02/22/2013 10:22 AM

Dated: February 21, 2013

**LAWSON & WEITZEN, LLP**

By: /s/ **Michele A. Hunton**
Michele A. Hunton (NJ Bar # 01096)
88 Black Falcon Avenue
Boston, MA 02210
(617) 439-4990
*mhunton@lawson-weitzen.com*

*Counsel for Defendants*
*Alaunus Pharmaceutical, LLC*

**SALTZ, MONGELUZZI, BARRETT &
BENDESKY, P.C.**

By: /s/ **Mary T. Gidaro**
Mary T. Gidaro
Michael F. Barrett
8000 Sagemore Drive
Suite 8303
Marlton, NJ 08053
(856) 751-8383
*MGidaro@smbb.com*
*MBarrett@smbb.com*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consent Order extending Defendant Alaunus' time to respond to Plaintiffs' Amended Complaint was served via the Court's ECF notification system on this 21st day of February, 2013 to the counsel of record.

/s/ Michele A. Hunton
Michele A. Hunton

So Ordered this 22nd day
of February, 20 13

JOEL SCHNEIDER, USMJ

-2-